UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jamil Gulmann Shihab,

                      Plaintiff,

        -against-

VICE Media LLC et al.,

                      Defendants.

1:21-cv-03702 (NRB) (SDA)

ORDER SCHEDULING TELEPHONIC SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, July 28, 2021 at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
               June 28, 2021

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2021